# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ERNESTO RIVERA**,

                      Plaintiff(s),

    v.

                                          TELEPHONE SCHEDULING CONFERENCE

**C. LISA HOCUTT, et al.**,                                    Case No. 14-C-6

                      Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding             Tape:   072916
Deputy Clerk: Cheryl                                           Hearing Began:   2:00 p.m.
Proceeding Held: July 29, 2016                             Hearing Ended:   2:06 p.m.

**Appearances:**

    **Plaintiff(s):**    Timothy J. Patterson, Philip C. Babler and David W. Simon

    **Defendant(s):**  Laure Rakvic-Farr

---

Attorney Patterson states that a settlement has been reached with defendants Palm and Robinson and will file a stipulation of dismissal as to those defendants. Defendant Lisa Hocutt was in default and the parties have now entered into settlement negotiations with this defendant.
The Court and Attorney Patterson discuss damages for different defendants.
The Courts sets a telephone status conference for September 16, 2016 at 2:00 p.m.