IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ERNESTO RIVERA,

       Plaintiff,

   v.                            Case No. 14-cv-006

KARIN GRAF, et al.,

       Defendants.

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Ernesto Rivera, by Attorney Timothy J. Patterson, and Defendants Debra Palm and Kim Robinson, by Assistant Attorney General Laure C. Rakvic-Farr, hereby agree and stipulate that Defendants Palm and Robinson be dismissed from the above-captioned matter, with prejudice and without costs, each party to bear his, her or its own costs and attorney fees incurred herein.

Dated this 15 day of August, 2016.

Timothy J. Patterson, WI Bar No. 1087996
Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
*Attorney for Plaintiff Ernesto Rivera*

Dated this _15_ day of _august_, 2016.

BRAD D. SCHIMEL
Attorney General

LAURE C. RAKVIC-FARR (SBN: 1049540)
Assistant Attorney General
Wisconsin Department of Justice
17 W. Main Street
Madison, WI 53707
*Attorney for Defendants Palm and Robinson*

ORDER

IT IS SO ORDERED THIS _____ DAY OF August, 2016:

_____
The Honorable William C. Griesbach