# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ERNESTO RIVERA**,

                Plaintiff(s),

    v.

                          TELEPHONE STATUS CONFERENCE

**KETTLE MORAINE**                 Case No. 14-C-6
**CORRECTIONAL, et al.**,

                Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 091616 |
| Deputy Clerk: Cheryl | Hearing Began: 2:02 p.m. |
| Proceeding Held: September 16, 2016 | Hearing Ended: 2:05 p.m. |

**<u>Appearances:</u>**

    **Plaintiff(s):**     Timothy J. Patterson

    **Defendant(s):**   No Appearance for Lisa Hocutt

---

Attorney Patterson states that they are in contact with counsel for Hocutt's former employer and they anticipate settlement. Plaintiff requests status conference.
The Court sets a telephone status conference for October 21, 2016 at 1:30 p.m.