# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ERNESTO RIVERA**,

                          Plaintiff(s),

      v.

                                        TELEPHONE STATUS CONFERENCE

**KETTLE MORAINE**                                  Case No. 14-C-6
**CORRECTIONAL INSTITUTION,**
**et al.**,

                          Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 102116 |
| Deputy Clerk: Lori | Hearing Began: 1:30 PM |
| Proceeding Held: October 21, 2016 | Hearing Ended: 1:35:37 PM |

**Appearances:**

    **Plaintiff(s):**    Timothy J. Patterson

    **Defendant(s):**    No appearance for Lisa Hocutt

---

Mr. Patterson updates the court as to recent settlement offer from Lisa Hocutt's former employer. Mr. Patterson anticipates finalization of the settlement within the next couple of weeks, will be meeting with his client this afternoon. Stipulation of dismissal shall be filed with the Court.

Telephone Status Conference scheduled for NOVEMBER 23, 2016 at 9:00 AM.

Mr. Patterson addresses his client's reservations as to the settlement funds being deposited in his prison account, informs the Court he will be filing a motion to have funds deposited in the Court's Registry Investment System Fund.

Court and counsel discuss defendant's awareness of future filings and informa pauperis status. Mr. Patterson will discuss with Mr. Rivera.