# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ERNESTO RIVERA**,

        Plaintiff(s),

   v.

                   TELEPHONE STATUS CONFERENCE

**KETTLE MORAINE**             Case No. 14-C-6
**CORRECTIONAL INSTITUTION,**
**et al.**,

        Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Tape: 112316 |
| Deputy Clerk: Cheryl | Hearing Began: 9:02 a.m. |
| Proceeding Held: November 23, 2016 | Hearing Ended: 9:04 a.m. |

**Appearances:**

   **Plaintiff(s):**    Timothy J. Patterson

   **Defendant(s):**    No appearance for Lisa Hocutt

---

Attorney Patterson states the parties reached settlemnt with defendant Hocutt and will file a stipulation sometime in December.