

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

BRAD D. SCHIMEL
ATTORNEY GENERAL

Andrew C. Cook
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

**Mpoli N. Simwanza-Johnson
Assistant Attorney General**
johnsonms@doj.state.wi.us
608/267-2070
FAX 608/267-8906

November 29, 2016

**ECF FILING**

Jon W. Sanfilippo
Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Rm. 362
Milwaukee, WI 53202

      Re:    *Rivera v. Hocutt, et al.*
                Case No. 14C0006

Dear Clerk Sanfilippo:

      Please remove my name from the docket in the above-referenced case. I no longer wish to receive notice of any of the electronic filings. Thank you for your assistance with this matter.

                                              Sincerely,

                                              /s/ Mpoli N. Simwanza-Johnson
                                              Mpoli N. Simwanza-Johnson
                                              Assistant Attorney General

MSJ:bbt