# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ERNESTO RIVERA**,

                Plaintiff(s),

   v.

                            TELEPHONE STATUS CONFERENCE

**C. LISA HOCUTT**,                             Case No. 14-C-6

                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Tape: 020317
Deputy Clerk: Cheryl                                     Hearing Began: 9:21 a.m.
Proceeding Held: February 3, 2017                  Hearing Ended: 9:28 a.m.

**Appearances:**

   **Plaintiff(s):**    Timothy Patterson and Philip C. Babler

   **Defendant(s):**  No Appearance for Hocutt

---

Plaintiff explains that they have settled this matter with Hocutt, the last remaining defendant. They are holding the funds from the settlement in trust. There is a delay with the DOC in trying to establish a bank account for Mr. Rivera as he also uses another identity. Plaintiff requests depositing the funds with the court until Mr. Rivera is able to open an account.

The Court grants the parties motion to deposit the funds with the Court. The Court directs plaintiff to deposit the funds to be held in the Clerk's registry in an interest bearing account.

Plaintiff will file a stipulation of dismissal within a week.

The Court and parties discuss Mr. Rivera's actual identity. Plaintiff agrees to submit the funds under both names.