

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
414.319.7177
tjpatterson@foley.com EMAIL

CLIENT/MATTER NUMBER
999400-5068

November 29, 2018

**Via ECF**

Chief Judge William C. Griesbach
United States Courthouse
125 South Jefferson Street, Room 203
Green Bay, WI 54301-4541

      Re:    Court Order to Assist Plaintiff in Establishing Deposit Account
              for Settlement Funds, *Rivera v. C. Lisa Hocutt et al.*, 14-cv-6

Your Honor:

      Pursuant to the Court's October 30, 2018 Order, we write to provide an update on the progress made ensuring Plaintiff Ernesto Rivera has established an account into which he can deposit his settlement funds from the above-referenced case, and to notify the Court of the proper method by which the Court can send Mr. Rivera his settlement funds.

      After speaking with Mr. Rivera and representatives of the Kettle Moraine Correctional Institution (KMCI), the facility at which Mr. Rivera is incarcerated, it is our understanding that Mr. Rivera has successfully opened an interest-bearing savings account separate from his general prison account pursuant to Wis. Admin. Code DOC § 309.466(3). Mr. Rivera can deposit his settlement funds into that account.

      We respectfully request that this Court direct that a check, for the full amount of Mr. Rivera's funds now on deposit with the Court and payable to "Ernesto Rivera, Inmate #00425661," be sent to the KMCI general records office at Kettle Moraine Correctional Institution, PO Box 282, Plymouth, WI 53073-0282. In order to avoid confusion with respect to Mr. Rivera's "alias," we also request that the memo line of the check include Mr. Rivera's birth name, "Omar Carrasquillo." Once received and deposited into Mr. Rivera's general prison account, Mr. Rivera will be able to direct the settlement funds.

      Thank you for your time and consideration of this matter.

Very truly yours,

Timothy J. Patterson

AUSTIN    DETROIT    MEXICO CITY    SACRAMENTO    TAMPA
BOSTON    HOUSTON    MIAMI    SAN DIEGO    WASHINGTON, D.C.
CHICAGO    JACKSONVILLE    MILWAUKEE    SAN FRANCISCO    BRUSSELS
DALLAS    LOS ANGELES    NEW YORK    SILICON VALLEY    TOKYO
DENVER    MADISON    ORLANDO    TALLAHASSEE

4844-7340-9153.1