# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ERNESTO RIVERA
*also known as*
Omar Carrasquillo,

        Plaintiff,

  v.                                                                           Case No. 14-C-6

C. LISA HOCUTT,

        Defendant.

## ORDER DIRECTING TRANSFER OF FUNDS

On February 6, 2017, Plaintiff Ernesto Rivera, who is presently incarcerated at Kettle Moraine Correctional Institution, advised the court that he reached a settlement with the final defendant in the case and that he experienced a delay in setting up an account to receive the settlement funds given his use of multiple identities. Because of the delay, and as a placeholder until Rivera could open an account, the court agreed to deposit Rivera's settlement funds in the Clerk's registry in an interest-bearing account. On September 24, 2018, Rivera filed a motion to withdraw $300 of the settlement funds. Shortly thereafter, in a telephone conference, the court reappointed Rivera's counsel for the limited purpose of assisting Rivera in obtaining an account to hold his settlement funds. In a November 29, 2018 letter, Rivera's counsel advised the court that Rivera has opened an interest-bearing savings account into which he can deposit his settlement funds via a transfer from his general prison account. The letter also advised the court of the method it should use to transfer Rivera's settlement funds given his use of multiple identities.

**IT IS THEREFORE ORDERED** that the Clerk shall transfer the full amount of Rivera's funds on deposit with the court to his general prison account at Kettle Moraine Correctional Institution. The check transferring these funds will be made payable to "Ernesto Rivera, Inmate #00425661" and sent to Kettle Moraine Correctional Institution's general records office at P.O. Box 282, Plymouth, WI 53073-0282. The memo line of the check shall include Rivera's birth name, "Omar Carasquillo."

**IT IS FURTHER ORDERED** that Rivera's motion to withdraw $300 of the settlement funds (ECF No. 106) is **DENIED as moot**.

Dated this   5th   day of December, 2018.

                                                       s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court